526 A.2d 356

COMMONWEALTH of Pennsylvania, Appellant,

v.

Mary Anne KIRLIN.

Supreme Court of Pennsylvania.

Argued May 14, 1987.

Decided June 1, 1987.

Sandra L. Elias, Deputy Dist. Atty., Dennis C. McAndrews, Asst. Dist. Atty., John A. Reilly, Dist. Atty., Media, for appellant.

Raymond R. Williams, Asst. Public Defender, Media, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.